No. 01–1258.  GULLA ET AL. *v.* NORTH STRABANE TOWNSHIP ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 01–1259.  GOELZ *v.* PAUL REVERE LIFE INSURANCE CO. ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 01–1264.  JAE-WOO CHA *v.* KOREAN PRESBYTERIAN CHURCH OF WASHINGTON ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 01–1287.  HUYOT-RENOIR *v.* FLUSSER ET AL.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 01–1293.  RENTTO *v.* JUSTUS.  C. A. 9th Cir.  Certiorari denied.

No. 01–1294.  SOON GUAN LEE ET UX. *v.* RODGERS.  C. A. 9th Cir.  Certiorari denied.

No. 01–1320.  ODINKEMELU *v.* WILLIAMS ET AL.  C. A. 4th Cir. Certiorari denied.

No. 01–1359.  ARMOUR *v.* K. D. G. ET AL.  Sup. Ct. Neb.  Certiorari denied.

No. 01–1407.  MONZON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–1432.  LOPEZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–1434.  NG, AKA ENG *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 01–1443.  WEATHERSPOON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–1451.  COLLETTI ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–7396.  MEAIS, AKA BROWN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.